April 24, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00077-CV

THE STATE OF TEXAS, Appellant

V.

CITY OF AUSTIN; KIRK PRESTON WATSON, MAYOR OF AUSTIN; PAIGE ELLIS, MAYOR PRO TEM OF AUSTIN; NATASHA HARPER-MADISON, VANESSA FUENTES, JOSE VELASQUEZ, JOSE "CHITO" VELA, RYAN ALTER, KRISTA LANE, MIKE SIEGEL, ZOHAIB "ZO" QADRI, AND ALISON ALTER, MEMBERS OF THE CITY COUNCIL OF AUSTIN; T.C. BROADNAX, CITY MANAGER OF AUSTIN; AND LISA DAVIS, CHIEF OF POLICE OF AUSTIN; IN THEIR OFFICIAL CAPACITIES, Appellees

This cause, an appeal from orders in favor of appellees, City of Austin; Kirk Preston Watson, Mayor of Austin; Paige Ellis, Mayor Pro Tem of Austin; Natasha Harper-Madison, Vanessa Fuentes, Jose Velasquez, Jose "Chito" Vela, Ryan Alter, Krista Lane, Mike Siegel, Zohaib "Zo" Qadri, and Alison Alter, Members of the City Council of Austin; T.C. Broadnax, City Manager of Austin; and Lisa Davis, Chief of Police of Austin; in their Official Capacities, was heard on the appellate record. We have inspected the record and find error in the order granting appellees' plea to the jurisdiction and the order denying appellant's application for temporary

injunction. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order this decision certified below for observance.

Judgment Rendered April 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.